UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF NEW YORK
PROVISIONAL RELEASE OF AN OFFENDER

DEFERRED PROSECUTION

TO: AARON TUBBS                Docket No. 14-mag-2137

On or about September 24, 2014, a criminal Complaint was filed in the Southern District of New York. In that Information, you are accused of wire fraud in connection with the minority- and women-owned business enterprise program and a construction project on the Whitestone Bridge, in violation of Title 18 of the United States Code, Sections 1343 and 2. After a thorough investigation, however, it has been determined that the interest of the United States and your own interest will best be served by deferring prosecution in this District. Prosecution will be deferred during the term of your good behavior and satisfactory compliance with the terms of this agreement for the period of six months from the signing of this agreement. The terms and conditions constituting your good behavior and satisfactory compliance are as follows:

(1) You shall refrain from violation of any law (federal, state and local). You shall immediately contact your U.S. Pretrial Services Officer if arrested or questioned by a law-enforcement officer.

(2) You shall associate only with law-abiding persons.

(3) You shall work regularly at a lawful occupation. When out of work, you shall notify your supervising U.S. Pretrial Services Officer at once. You shall consult him or her prior to job changes. *During any out of work period you shall engage in community service for at least 20 hours per week, under the supervision of the Pretrial Services Officer.*

(4) You shall notify your supervising U.S. Pretrial Services Officer immediately of any change in your place of residence.

(5) You shall follow your supervising U.S. Pretrial Services Officer's instructions and advice.

(6) You shall report to your supervising U.S. Pretrial Services Officer as directed.

The United States Attorney may at any time revoke or modify any condition of this provisional release or change the period of such supervision. The United States Attorney may discharge you from supervision at any time. The United States Attorney may at any time proceed with the prosecution for this offense should such action be deemed advisable.

1093

      If upon completion of your supervision a written report from your supervising U.S. Pretrial Services Officer is received to the effect that you have complied with all the rules, regulations and conditions and special conditions, if any, above mentioned, no further prosecution will be instituted in this District for the above offense.

Dated: White Plains, New York
       September 21, 2015

                                        PREET BHARARA
                                        United States Attorney

                By: _____
                                        Benjamin Allee
                                        Assistant United States Attorney
                                        914-993-1962

The undersigned hereby consents to the foregoing and expressly waives any and all rights to a speedy trial pursuant to the Sixth Amendment to the United States Constitution, Title 18, United States Code, Section 3161(h)(2) and the Rules of the District Court of the Southern District of New York, or other pertinent provisions and consents to the adjournment of all pending proceedings in this case. The undersigned further agrees to waive any and all defenses based on statute of limitations in connection with the charge in the Complaint 14-mag-2137, and to waive the applicable statute of limitations with respect to any prosecution that is not time-barred on the date that this agreement is signed. It is the intent of this provision to toll the applicable statute of limitations during the pendency of the deferred prosecution.

Dated: White Plains, New York
       September 21, 2015

_____
Attorney for Defendant

_____
Defendant

The foregoing waiver of the defendant's right to a speedy trial is approved pursuant to Rule 5(b) of the Second Circuit Plan for Achieving Prompt Disposition of Criminal Cases and the Rules of the District Court for the Southern District of New York.

Dated: White Plains, New York
       September 21, 2015

_____
United States Magistrate Judge

The undersigned hereby consents to the foregoing and will accept supervision of the above-named defendant on the conditions set forth herein.

Dated: White Plains, New York
       September 21, 2015

_____
United States Pretrial Services Officer

1093