# COMPLAINT/REMOVAL DISMISSAL
United States District Court
Southern District of New York

Mag. Judge Dkt. No. 14 Mag 2137

USAO No. 2009R00119

Date 5/9/16

The Government respectfully requests the Court to dismiss without prejudice the ✓ Complaint _____ Removal Proceedings in

United States v. Aaron Tubbs

The Complaint/Rule 40 Affidavit was filed on 9/26/14

_____ U.S. Marshals please withdraw warrant.

SO ORDERED: op completed - 6 months

_____
UNITED STATES MAGISTRATE JUDGE

ASSISTANT UNITED STATES ATTORNEY
Benjamin Allee
(Print name)

DATE 5/11/16

Distribution: White→Court   Yellow→U.S. Marshals   Green→Pretrial Services   Pink→AUSA Copy